UNITED STATES of America,
Plaintiff–Appellee,

v.

Charles Antoine BURGESS,
Defendant–Appellant.

No. 15–6414.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 27, 2015.

Charles Antoine Burgess, Appellant Pro
Se. Maxwell B. Cauthen, II, Assistant
United States Attorney, Greenville, South
Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Antoine Burgess appeals from the district court order denying, without prejudice, his motion to be transferred to a federal correctional facility. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burgess,* No. 8:13–cr–00361–GRA–1 (D.S.C. Feb. 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*